Isaac Abramowitz and Another, Respondents, v. Max Hart, Appellant. — Order affirmed, with ten dollars costs and disbursements. ˙ No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Julius Leszynsky, Respondent, v. Otto Levinsohn and Others, Copartners, etc., Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Andrew J. Brown, Appellant, v. D. C. Dominick Company and Others, Respondents. Andrew J. Brown, Appellant, v. D. C. Dominick Company and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Commercial Advertiser Association, Respondent, v. Cutler-Williams Corporation, Appellant. Alfred W. McCann, Respondent, v. Cutler-Williams Corporation, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motions denied. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Perle Ward Root, Appellant, v. John M. Brainard, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The Thiel Detective Service Company, Appellant, v. The William J. Burns International Detective Agency, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Broadway Apartment Realty Company, Appellant, v. Rickert-Finlay Realty Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Edward F. De Witt, Respondent, v. Abraham Brothers' Horse and Mule Company, Defendant, Impleaded with Edward Abraham and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Samuel Kohn, Respondent, v. Sulzberger & Sons Company, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Fadwa Jabalie, Respondent, v. George C. Taylor, as President of the American Express Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.